# United States Court of Appeals
### For the First Circuit

_____

No. 20-1170

UNITED STATES OF AMERICA,

Appellee,

v.

KEVIN JADIEL FIGUEROA-ROMAN,

Defendant, Appellant.

_____

**ORDER OF COURT**

Entered: July 18, 2024

      This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

      Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Kevin Jadiel Figueroa-Roman's sentence is vacated, and the matter is remanded to the district court for clarification in accordance with the opinion issued this day. This court retains jurisdiction over this matter.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Francisco A. Besosa, Ada Garcia-Rivera, Clerk, United States District Court for the District of Puerto Rico, Mariana E. Bauza Almonte, Maarja Tiganik Luhtaru, Marie Christine Amy, Jonathan L. Gottfried, Gabriella Sofia Paglieri, Syrie Davis Fried